entered March 26, 1926, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant in driving his automobile into another automobile in which plaintiff was riding at the intersection of South Broadway and Shady Lane in the city of Yonkers.

*Edward P. Mowton* for appellant.
*Nathaniel Cohen* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Dissenting: HISCOCK, Ch. J., and McLAUGHLIN, J.

IRENE BROMAN, an Infant, by HILDA BROMAN, Her Guardian ad Litem, Respondent, *v.* HELING CONTRACTING CORPORATION, Appellant.

HILDA BROMAN, Respondent, *v.* HELING CONTRACTING CORPORATION, Appellant.

*Negligence — motor vehicles — action for injuries occasioned by collision between two automobiles at street intersection.*

*Broman* v. *Heling Cont. Corp.* (2 cases), 216 App. Div. 763, affirmed. (Argued October 1, 1926; decided October 19, 1926.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 15, 1926, affirming a judgment in favor of plaintiff entered upon a verdict. Both actions were to recover for personal injuries alleged to have been sustained by plaintiffs through the negligence of defendant. Plaintiffs were driving in an automobile easterly on the right-hand side of Park avenue in the town of Babylon, Long Island. When within a few feet of Carl avenue defendant's motor truck came rapidly around the southwest corner and to avoid hitting same, plaintiffs were obliged to swing to the left and, crossing the street, struck a pole causing the injuries complained of.

*Edward P. Mowton* and *Irving W. Young, Jr.*, for appellant.

*Douglas C. Lawrence* and *William V. Burke* for respondents.

Judgment in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* LOUIS CHAPMAN, Appellant.

*Crimes — murder in second degree — judgment of conviction affirmed.*

*People* v. *Chapman,* 216 App. Div. 799, affirmed.

(Argued October 4, 1926; decided October 19, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 23, 1926, which affirmed a judgment of the Bronx County Court rendered upon a verdict convicting the defendant of the crime of murder in the second degree.

*Otho S. Bowling* and *Robert H. Elder* for appellant.

*John E. McGeehan, District Attorney* (*Herman J. Fliederblum, George B. De Luca* and *I. J. P. Adlerman* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

MARY L. ALLOWAY, Respondent, *v.* WILLIAM HICKOK
et al., by JANET HICKOK, Their Guardian ad Litem,
et al., Appellants.

*Malicious mischief — damages — action to recover for malicious injury to personal property — treble damages.*

*Alloway* v. *Hickok,* 215 App. Div. 86, affirmed.

(Argued October 4, 1926; decided October 19, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 8, 1926, modifying and affirming as modified a judgment in favor of plaintiff entered upon